**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6671**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM TERRENCE CROSS, a/k/a Red,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:03-cr-00010-RBS-1)

Submitted:  August 21, 2008          Decided:  August 26, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's order denying his 18 U.S.C.A. § 3582(c) (West Supp. 2008) and Fed. R. Crim. P. 36 motion and denying his motion to reverse his conviction for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. Mar. 26, 2008; Apr. 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED